IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PAYCARGO FINANCE LP,

      Plaintiff,

                                                        Case No. 1:22-cv-22707

v.

ASPEN AMERICAN INSURANCE COMPANY,

      Defendant,

BAY MARITIMES INC.,

      Nominal Defendant.

_____/

### MEDIATION DISPOSITION REPORT

In accordance with the Court's mediation order(s), a mediation conference was held on March 22, 2023, and the results of that conference are indicated below:

(a)     The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference and each possessed the requisite settlement authority:

    **X**    All individual parties and their respective trial counsel.

    **X**    Designated corporate representatives.

    **X**    Required claims professionals.

(b)     The following individuals, parties, corporate representatives and/or claims professionals failed to appear and/or participate as ordered:

_____

(c)     The outcome of the mediation conference was:

    ____    <u>The case has been completely settled</u>.

    ____    <u>The case has been partially resolved</u> and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve:
_____
_____

    ____    <u>The conference was continued</u> with the consent of all parties and counsel. The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled

trial date.  Any continuance beyond that time must be approved by the presiding Judge. Mediation Reports will be filed after additional conferences are complete.

__X__    The parties have reached an impasse.

**Done   March 22, 2023**.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 22, 2023, the foregoing was filed with the Clerk of Court which sent notification to the following via e-mail:   **Marcus Tan, Esquire,** marcus@xanderlaw.com; service@xanderlaw.com; and **David Gurley, Esquire, Michael Fant, Esquire, and Christopher Fiore, Esquire**, dgurley@GurleyAssociates.com; tpecchia@gurleyassociates.com; eservice@gurleyassociates.

> _/s/ Ricardo J. Cata_
> Ricardo J. Cata., Mediator
> Mediator # 30040R
> Upchurch Watson White & Max
> 2 S. Biscayne Blvd, Suite 2030
> Miami, Florida 33131
> 305-266-1224 phone/ 305-640-8447 fax
> rcata@uww-adr.com