UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-22707-CV-WILLIAMS

PAYCARGO FINANCE LP,

    Plaintiff,

v.

ASPEN AMERICAN INSURANCE
COMPANY, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Eduardo I. Sanchez's Report and Recommendation (DE 43) ("***Report***") on Defendant Aspen American Insurance Company's ("***Defendant***") Motion to Dismiss (DE 15) ("***Motion***"). In the Report, Magistrate Judge Sanchez recommends that the Court deny Defendant's Motion. (DE 43 at 1.) Judge Sanchez determined that Plaintiff plausibly alleges that Nominal Defendant Bay Maritimes Inc. ("***Bay Maritimes***"), the principal on the surety bond that Defendant issued, was the party acting as the Non-Vessel Operating Common Carrier ("***NVOCC***") in the transportation-related freight shipment activities from which Plaintiff PayCargo Finance LP's ("***Plaintiff***" or "***PCF***") claims arose—"claims arising from Bay Maritimes' non-payment for services that were provided by PCF to facilitate specific shipments of freight by Bay Maritimes as an NVOCC." (*Id.* at 7.) Thus, Judge Sanchez concluded that, in accordance with the applicable pleading standards, Plaintiff states a claim for which relief can be granted and "the Complaint survives dismissal." (*Id.*)

The Court carefully reviewed the Report,[1] the Parties' thoughtful and well-argued objections and response, the record, and applicable law, and the Court agrees with Judge Sanchez's well-reasoned analysis and conclusion that Defendant's Motion be denied. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 43) is **AFFIRMED AND ADOPTED.**

2. Defendant's Motion (DE 15) is **DENIED**.

3. Defendant shall file its answer to the Complaint within **fourteen (14) days** of the date of this Order. *See* Fed. R. Civ. P. 12.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 14th day of September, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

---

[1] The Court conducted a de novo review of the portions of the Report to which Defendant objected.