**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PAYCARGO FINANCE LP,

    Plaintiff,

vs.

CASE NO.: 1:22-cv-22707-KMW

ASPEN AMERICAN INSURANCE COMPANY,

    Defendant,

and

BAY MARITIMES INC.,

    Nominal Defendant.

_____/

### [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR A CONTINUANCE

THIS CAUSE having come before the Court upon PayCargo Finance LP's Unopposed Motion for a Continuance (the "Motion"), and the Court having reviewed the Motion and being otherwise duly advised in the premises, it is hereby **ORDERED**:

1. The Motion is **GRANTED**.

2. The trial currently scheduled for November 20, 2023 is hereby **CONTINUED**.

3. The Court will hold a status conference on February ____, 2024.

DONE AND ORDERED in Miami, Florida this ____ day of _____, 2023.

                                                _____
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to all counsel of record via CM/ECF