UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PAYCARGO FINANCE LP,

    Plaintiff,

vs.

ASPEN AMERICAN INSURANCE COMPANY,

    Defendant,

and

BAY MARITIMES INC.,

    Nominal Defendant.

_____/

CASE NO.: 1:22-cv-22707-KMW

## JOINT NOTICE OF SETTLEMENT AND MOTION TO CANCEL STATUS CONFERENCE

COME NOW, Plaintiff PAYCARGO FINANCE LP., and Defendant ASPEN AMERICAN INSURANCE COMPANY (collectively the "Parties"), by and through counsel, hereby file this, their Notice of Settlement and state as follows:

1. Pursuant to L.R. 16.4, PCF and Aspen hereby give notice that they have amicably resolved PCF's claims alleged, or which could have been alleged, in this action.

2. The Parties are currently finalizing and executing the documentation required to effectuate the Settlement, and the Parties anticipate filing a Joint Stipulation for Dismissal within 10 days

3. In light of PCF's and Aspen's settlement of the disputes between them, PCF and Aspen request that the Court vacate and cancel the in-person status conference set for Wednesday, May 8, 2024, at 10:00 a.m.

RESPECTFULLY submitted on this day, May 7, 2024.

| **XANDER LAW GROUP, P.A.** | **GURLEY ◆ FANT** |
|---|---|
| /s/ | /s/ *Michael A. Fant* |
| Marcus Tan | David E. Gurley |
| (Fla. Bar No.: 38616) | (Fla. Bar No.: 0402214) |
| marcus@xanderlaw.com | dgurley@gurleyfant.com |
| Wayne R. Atkins | Michael A. Fant |
| (Fla. Bar No.: 84000) | (Fla. Bar No.: 0100713) |
| wayne@xanderlaw.com | mfant@gurleyfant.com |
| | |
| One N.E. 2nd Avenue, Suite 200 | PO Box 2312 |
| Miami, FL 33132 | Sarasota, FL  34230 |
| Telephone: (305) 767-2001 | Telephone: (941) 365-4501 |
| Fax: (855) 926-3370 | Facsimile: (941) 365-2916 |
| service@xanderlaw.com | eservice@gurleyfant.com |
| | |
| *Attorneys for Plaintiff, PayCargo Finance LP* | *Attorneys for Defendant, Aspen American Insurance Company* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy hereof was served upon the following parties/counsel via the Court's CM/ECF on May 7, 2024.

**GURLEY ◆ FANT**

David E. Gurley
(Fla. Bar No.: 0402214)
dgurley@gurleyfant.com
Michael A. Fant
(Fla. Bar No.: 0100713)
mfant@gurleyfant.com

PO Box 2312
Sarasota, FL  34230
Telephone: (941) 365-4501
Facsimile: (941) 365-2916
eservice@gurleyfant.com
*Attorneys for Defendant, Aspen American Insurance Company*

By: /s/Jose Teurbe-Tolon

Jose Teurbe-Tolon, Esq.